(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Ronald Maxime

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Jen Erskine, medical director
Centurion of Delaware Prison Medical Care
Connections Prison Healthcare
Prison transportation liason known as "Laurie"

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

**COMPLAINT**
(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Ronald Maxime
Name (Last, First, MI)                                              Aliases

646 319
Prisoner ID #

1181 PADDOCK ROAD
Place of Detention

Smyrna, DE        19917
Institutional Address

County, City                          State                Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Jane Erskine
Name (Last, First)

Medical Director of Prison healthcare
Current Job Title

1181 PADDOCK ROAD
Current Work Address

Smyrna, DE    19977
County, City          State          Zip Code


Defendant 2: Connections Prison Healthcare
Name (Last, First)

Prison Healthcare provider
Current Job Title

1181 PADDOCK ROAD
Current Work Address

Smyrna, DE   19977
County, City          State          Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: Medical liason transportation pravider "Laurie" possible
Name (Last, First) last name is Johnston

NURSE
Current Job Title

1181 PADDOCK ROAD
Current Work Address

Smyrna, DE 19977
County, City    State    Zip Code


Defendant 4: Centurion Medical Care
Name (Last, First)

Prison Healthcare pravider
Current Job Title

1181 PADDOCK ROAD
Current Work Address

Smyrna, DE 19977
County, City    State    Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: James Vaughn Prison, Smyrna, Delaware.

Date(s) of occurrence: _____

State which of your federal constitutional or federal statutory rights have been violated:

Eigth and fourteenth amendment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

[What happened to you?]

1. Since 2016 plaintiff has submitted a dozen sick call slips and filed a half dozen greivances in regards to pain in his right hip. At the time the prison healthcare was run by Connections Network, but in 2019 was scheduled over to Centurion Medical Care of Delaware.

2. His only course of treatment has been Gabapentin 600mg 3x a day.

3. An Xray on 6/14/2021 revealed damage to right hip area so the plaintiff was scheduled for an M.R.I.

4. Medical Director Jane Erskine, prison transportation liason nurse known as "Laurie", scheduled an MRI with Bayhealth Medical Group of Dover.

5. An MRI revealed on 7/23/2021 that plaintiff was suffering from avascular necrosis of right hip and secondary osteoarthritis of left hip.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

6. Avascular necrosis is a degenerative disease which causes deterioration of bone, loss of blood flow and spreads throughout body if left untreated.

7. Dr. John Burger, transmitted to prison medical Director that plaintiff would need surgery to cure condition, this info was transmitted to Laurie as well.

[Who did what?]

8. Dr. Burger stated that post-surgery that the plaintiff would need pyshical therapy 2-3 times a week in addition to six weeks in an infirmary setting.

9. After the diagnosis by Dr. Burger, the prison made no changes to plaintiffs medical treatment plan.

10. STANDARD treatment of avascular necrosis consists of blood thinners, osteoarthritis bone supplement(s), anti inflammatory meds, pyshical therapy 2-3 times a week.

11. The prison has not only neglected expanded treatment but "Laurie" has yet to schedule plaintiff for surgery.

12. After Dr. Burger's treatment consult, plaintiff submitted letters to Warden, Dr. Erskine, Laurie on or about Sep 12, 2021, Sep 20, 2021, October 7, 2021, November 12, 2021, December 9, 2021, Janway 9, 2022, Febuay 3, 2022, March 9, 2022 in carbon copy triplicate form.

13. On March 11, 2022 a committee of nurses sitting on the prison greivance board upheld plaintiffs greivance about not receiving surgery.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

14. Healthcare provider William Ngwa forwarded an email to prison administrators Erskine, Lawrie that plaintiff needed surgery on or about March 14, 2022 as a reminder.

15. As of May 3, 2022 the plaintiff has had no change in medical treatment, no follow medical appointments and no surgery.

> Was anyone else involved?

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☑ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
   If no, explain why not:

Is the grievance process completed?   ☑ Yes   ☐ No
   If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

1. I want the court to award me monetary damages in the form of compensatory damages, punitive damages against said defendants. for violation of my constitutional rights

2. I want the court to grant TRO, preliminary injunction to ward off further pyshical damage, future injuries.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☒ No

If yes, how many?  0

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

None

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

### IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

April 3, 2022
Dated

Plaintiff's Signature

Ronald Maxime
Printed Name (Last, First, MI)

646 319
Prison Identification #

1181 PADDOCK ROAD    |    19977
Prison Address    City    State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**